CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com

Attorneys for Plaintiff

JASON G. GONG (SBN 181298)
LAW OFFICE OF JASON G. GONG
A Professional Corporation
2121 N. California Blvd., Suite 290
Walnut Creek, CA 94596
Telephone: (925) 735-3800
Facsimile: (925) 735-3801
Email: jgong@gonglawfirm.com

Attorneys for Defendants, Edstar Enterprises,
Berney Properties, Inc., and Arlo Enterprises,
Inc.

DISMISSAL GRANTED. The Clerk shall
close the case.
Dated: 11/14/2017

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| SCOTT JOHNSON, | Case No: 3:16-CV-07072-MEJ |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| EDSTAR ENTERPRISES, a California Limited Partnership; BERNEY PROPERTIES, INC., a California Corporation; ARLO ENTERPRISES, INC., a California Corporation; and Does 1-10, | |
| Defendants, | |

1

## **STIPULATION**

Pursuant to Fed. R. Civ. P.41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties through their respective counsel of record that this action may be dismissed with prejudice as to all parties. Each party shall bear his/her/its own attorneys' fees and costs. The parties make this stipulation in light of the matter having been resolved to the satisfaction of all parties.

Dated: November 12, 2017  CENTER FOR DISABILITY ACCESS

        By: /s/ Phyl Grace
          Phyl Grace
          Attorneys for Plaintiff

Dated: November 12, 2017  LAW OFFICE OF JASON G. GONG

        By: /s/ Jason G. Gong
          Jason G. Gong
          Attorney for Defendants
          Edstar Enterprises, Berney Properties,
          Inc., and Arlo Enterprises, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Jason G. Gong, counsel for Defendants Edstar Enterprises, Berney Properties, Inc., and Arlo Enterprises, Inc., and that I have obtained Mr. Gong's authorization to affix his electronic signature to this document.

Dated: November 12, 2017     CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

# PROOF OF SERVICE

### JOHNSON V. EDSTAR ENTERPRISES
### 3:16-CV-07072-MEJ

I, the undersigned, am over the age of eighteen years and I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, CA 92131.

On November 13, 2017 I served the following document(s):

**JOINT STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Addressed to:

> Jason G. Gong
> **Law Office of Jason G. Gong**
> 2121 N. California Blvd., Suite 290
> Walnut Creek, CA 94596

☐   <u>BY MAIL:</u> I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

☐   <u>BY FACSIMILE:</u> In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐   <u>BY OVERNITE EXPRESS:</u> I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.

☐   <u>BY PERSONAL SERVICE:</u> I caused said documents to be personally served on all listed recipients via Diversified Legal Services.

☑   <u>BY ELECTRONIC MAIL TRANSMISSION:</u> via email. I caused the listed documents to be electronically filed and subsequently emailed to the above recipients.

Executed on November 13, 2017, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Renuka Patil